1  MARLA S. NELSON, WSBA No. 45611        The Honorable Lonny R. Suko

2  Northwest Environmental Defense Center

3  10015 SW Terwilliger Blvd.
   Portland, OR 97219

4  (503) 768-6726
   msnelson@nedc.org

5

6  KARL G. ANUTA, WSBA No. 21346

7  Law Office of Karl G. Anuta, P.C.
   735 Southwest First Ave.

8  Stowbridge Bldg., Second Floor

9  Portland, OR 97204
   (503) 827-0320

10 kga@integra.net

11
   *Attorneys for Plaintiff*
12

13 Harry Edward Grant, WSBA #13494
   Margaret K. Cerrato-Blue, WSBA #23812

14 RIDDELL WILLIAMS P.S.

15 1001 Fourth Avenue, Suite 4500
   Seattle, WA 98154

16 (206) 624-3600

17 Fax: (206) 389-1708
   hgrant@riddellwilliams.com

18 mcerrattoblue@riddellwilliams.com

19
   *Attorneys for Defendant ADM Milling Co.*
20

21          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF WASHINGTON
22

23 NORTHWEST ENVIRONMENTAL          Case No.:  CV-13-105-LRS

24 DEFENSE CENTER, a non-profit
   organization,                    **MODIFIED CONSENT**
25                                   **DECREE**

26          Plaintiff,

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 1

4843-8397-2115.03
64984.00001

v.

ADM MILLING CO., a corporation,

    Defendant.

---

The following Consent Decree is entered into between Plaintiff Northwest Environmental Defense Center ("NEDC") and Defendant ADM Milling Co. and its affiliates ("ADM Milling").  These parties shall be collectively referred to herein as the "Parties" and individually as a "Party," unless specifically identified otherwise.

**RECITALS**

**WHEREAS**, ADM Milling owns and operates a flour mill facility located at 2301 East Trent Avenue in Spokane, Washington 99202 (the "Facility");

**WHEREAS**, under the National Pollutant Discharge Elimination System ("NPDES"), an Industrial Stormwater General Permit (the "Permit") has been issued to ADM Milling by the Washington State Department of Ecology ("Ecology");

**WHEREAS**, NEDC has alleged in a letter (the "Notice Letter") dated December 12, 2012, sent to ADM Milling, that ADM Milling has violated and continues to violate certain conditions of the Permit and the Clean Water

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 2

Act, and that NEDC intended to file a citizen suit pursuant to section 505 of the Clean Water Act ("CWA"), 33 U.S.C. § 1365;

**WHEREAS,** while the parties were engaged in settlement talks, NEDC filed its Complaint in this action;

**WHEREAS,** the parties reached a settlement and pursuant to this settlement NEDC agreed to dismiss three originally named individual defendants from this action, and the parties filed a Stipulation of Dismissal dismissing such defendants with prejudice;

**WHEREAS** NEDC then filed, and ADM Milling consented to in writing, an Amended Complaint naming only ADM Milling as defendant;

**WHEREAS,** ADM Milling neither admits nor denies the allegations NEDC made in the Notice Letter, Complaint or Amended Complaint; and

**WHEREAS**, the Parties agree that resolution of this matter without protracted litigation is in their best interests; and

**NOW, THEREFORE,** IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, AND ORDERED AND DECREED BY THE COURT, AS FOLLOWS:

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 3

JURISDICTION AND VENUE

1.    For the purposes of entry and enforcement of this Consent Decree, the Parties stipulate that the United States District Court for the Eastern District of Washington has jurisdiction over the Parties and subject matter of this action.  The Parties further stipulate that venue is appropriate in the United States District Court for the Eastern District of Washington.

EFFECT OF CONSENT DECREE AND SETTLEMENT AGREEMENT

2.    This Consent Decree memorializes and is entered into according to the terms of the Settlement Agreement entered into between the Parties and which was executed by NEDC on April 25, 2013 and ADM Milling on April 30, 2013 ("Settlement Agreement").

3.    In the event that there is any inconsistency between the terms of this Consent Decree and the Settlement Agreement, the terms of the Consent Decree shall control.

4.    Neither this Consent Decree nor any payment made pursuant to this Consent Decree shall constitute evidence or be construed as a finding, adjudication, or acknowledgement of any fact, law, or liability, nor shall it be construed as an admission of violation of any law, rule, regulation, permit, or administrative order by ADM Milling.  However, this Consent Decree and

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 4

any payments made pursuant to this Consent Decree may constitute evidence in actions seeking to enforce compliance with this Consent Decree.

5.    The Parties, including any successors or assigns, agree to be bound by this Consent Decree and not to contest its validity in any subsequent proceeding to implement and enforce its terms.

6.    ADM Milling maintains and reserves all defenses it may have to any alleged violations which could be alleged in the future by a party which is not a party to this Consent Decree.

7.    This Consent Decree addresses and fully resolves all violations alleged by NEDC up to and through the Termination Date of this Consent Decree, which is set forth in Paragraph 10 below.

8.    The Parties recognize that, pursuant to 33 U.S.C. § 1365(c)(3), this Consent Decree cannot be entered until forty-five (45) days after the receipt of a copy of the proposed Consent Decree by the United States Environmental Protection Agency ("EPA") and the United States Attorney General.  NEDC shall submit this Consent Decree to EPA and the U.S. Department Of  Justice ("DOJ") within three days of filing this Consent Decree with the Court for review consistent with 40 C.F.R. § 135.5.  The

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 5

agency review period expires 45 days after receipt by both agencies, as will be evidenced by the required certified return receipts.   Upon expiration of the 45-day review period provided by 33 U.S.C. § 1365(c)(3), the Parties will jointly move the Court for entry of this Decree.  In the event that the EPA or the DOJ comment negatively on the provisions of this Consent Decree, the parties agree to meet and confer to attempt to resolve the issues raised by either agency.

EFFECTIVE DATE AND TERMINATION DATE

9.    The "Effective Date" of this Consent Decree shall be the date this Court orders entry of this Consent Decree.

10.    The "Termination Date" of this Consent Decree shall be on August 1, 2015.  The Release of Claims, which is set forth in Paragraphs 16-18 below, shall survive the Termination Date.

OBLIGATIONS OF THE PARTIES

11.    **Stormwater Control Improvements.**

11.1   Within thirty (30) days of the Effective Date, ADM Milling shall have taken the following actions:

(a)    Retain an engineer qualified to assist ADM Milling in determining the sources of any pollutants being collected in stormwater at the Facility and to provide technical expertise required to design and

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 6

implement the measures necessary to reduce or eliminate the discharge of stormwater from the Facility; and

        (b)    Review the Facility's operations and conduct such onsite investigation, sampling, and testing as necessary to determine the potential source(s) of pollutants that may be discharged in stormwater from the Facility.

        11.2   With the aid of the engineer, ADM Milling shall identify and design physical and procedural stormwater control measures to reduce or eliminate the discharge of pollutants in stormwater, or eliminate the discharge of stormwater.

        11.3   Within sixty (60) days of the Effective Date, ADM Milling shall revise its Stormwater Pollution Prevention Plan ("SWPPP") to include all of the physical and procedural changes identified as necessary to ensure compliance with the Permit's requirements.  The draft SWPPP shall be submitted to Ecology for review.

        11.4   Within ninety (90) days of the Effective Date, ADM Milling shall produce a final revised SWPPP and shall in good faith address all physical and procedural changes identified by Ecology, if any, as necessary to ensure compliance with the Permit.

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 7

4843-8397-2115.03
64984.00001

11.5   ADM Milling shall provide NEDC with a confirmation by email upon completion of each of these measures under this Paragraph 11, sent to Mark Riskedahl, NEDC Executive Director, msr@nedc.org.

12.   **<u>Stormwater Sampling</u>**.

12.1   ADM Milling agrees to identify any point of discharge to surface waters or storm sewers at the Facility, including any potential discharges from the facility to the storm drain located at the corner of E. Springfield Ave. and N. Crestline St., and modify its SWPPP, if necessary, to reflect such discharge points within ninety (90) days of the Effective Date.

12.2   ADM Milling agrees, in accordance with the Permit, to either:

(a)   Monitor each distinct point of discharge; or

(b)   Monitor from one point of discharge and provide documentation as required by condition S.3 of the Permit to establish that ADM Milling expects the discharge points to discharge substantially identical effluents.  ADM Milling shall update its SWPPP to include this documentation within ninety (90) days of the Effective Date.

12.3   Upon implementation of any measures identified in Paragraph 11, ADM Milling agrees to monitor 6 times per wet season

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 8

(October 1 - June 30) for two years, provided that there are a sufficient number of suitable rainfall events (i.e., precipitation yielding observable stormwater flow) during each wet season to perform 6 monitoring events, for pollutants identified in the Permit for stormwater discharges associated with industrial activity for the Food and Kindred Products sector (turbidity, pH, oil sheen, copper, zinc, biological oxygen demand, nitrogen, phosphorous).

13.   **Management and Reporting.**

13.1   ADM Milling shall designate an employee responsible for the operation, maintenance and upkeep of the stormwater management measures described in the Facility's SWPPP, the requirements of the Permit and the terms of this Consent Decree. Such designated employee shall receive training necessary to conduct sampling, record keeping and reporting under the Permit, and fulfill the requirements of this Consent Decree.

13.2   ADM Milling shall develop a monthly compliance checklist that includes each requirement of the Permit and the monitoring and sampling as required in Paragraph 12.3.

13.3   ADM Milling shall complete monthly compliance checks using the checklist it develops for each month from July 2013 through June 2014.

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 9

13.4   ADM Milling shall conduct semi-annual audits of the Facility's compliance with the Permit.  Such audits shall occur on or before July 15, 2013; January 15, 2014; July 15, 2014; and January 15, 2015.  ADM Milling agrees to employ audit results to revise or otherwise improve its SWPPP as suggested by its auditor.

13.5   ADM Milling shall submit by email copies of the DMRs submitted to Ecology, copying NEDC as part of its submittal, Mark Riskedahl, NEDC Executive Director, msr@nedc.org.  NEDC agrees not to use these results against ADM Milling in the development or prosecution of any enforcement action.

14.   **Payments.**

14.1   Within thirty (30) days of the Effective Date, ADM Milling shall make a payment in the amount of fifteen thousand dollars ($15,000) to the Spokane Riverkeeper, a nonprofit organization located in Spokane.  The funding will support an environmental education and outreach project as more fully described in Paragraph 15.  The Spokane Riverkeeper shall provide ADM Milling with four accountings specifying the amount and purpose of expenditures and indicating funds remaining from the $15,000.  Such accountings shall be provided on August 31, 2013, February 28, 2014,

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 10

August 31, 2014, and upon completion of the project.  In the event there are

any funds remaining from the $15,000 upon completion of the project,

Spokane Riverkeeper shall transfer the remaining funds to the City of

Spokane's Stormwater Management Program,

http://spokanestormwater.com/Stormwater.aspx.

       14.2   In addition to the payment set forth in the preceding

paragraph, the Parties agree to suspend a payment of twelve thousand dollars

($12,000).

       (a)    If, at any time after ADM Milling produces a final

revised SWPPP, it fails to comply with its obligations under this Consent

Decree, ADM Milling shall pay the Spokane Riverkeeper one thousand

dollars ($1,000) per month during each month in which ADM Milling is not

in compliance with this Consent Decree.

       (b)    In no event shall the payments under this paragraph

exceed a total of twelve thousand dollars ($12,000).

       (c)    NEDC agrees that these suspended payments shall

be NEDC's exclusive remedy against ADM Milling.

       14.3   Within thirty (30) days of the Effective Date, ADM

Milling shall make a payment to NEDC in the amount of $17,500.  NEDC

shall use this payment to offset necessary fees and costs incurred in this action.

**S**UPPLEMENTAL ENVIRONMENTAL PROJECT

15.    Over a period of 18 months, the Spokane Riverkeeper, with the sponsorship of ADM Milling, and with the cooperation of the Spokane River Forum/EnviroStars Program, will utilize ADM's payment of $15,000, as set forth in Paragraph 14.1, exclusively to implement a stormwater education program directed at businesses in the Union Basin in Spokane.  The project will consist of three primary elements:

15.1    Door-to-door visits to provide businesses with copies of the "Understanding Stormwater Permitting" manual that was created by the City of Spokane, Gonzaga University, the Spokane River Forum and Spokane Riverkeeper.  A copy of the manual can be found here: http://www.spokaneriver.net/?page_id=7688.

15.2    Developing new education materials that have proven effective to educate businesses on stormwater/spill management issues.  In particular, the project will include printing of the "Keep it Clean: Use the 4Cs" posters and spill response cards.  These, along with spill response kits for small businesses, will be provided as part of the individual business

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 12

outreach efforts.  The Spokane Riverkeeper will invite ADM Milling and

other community partners to provide logos to place on the educational

materials and spill kits to recognize their support of these efforts and

commitment to addressing stormwater in the community.  All of these

outreach techniques have been demonstrated by a recent study as effective

methods of business outreach as indicated by a Cunningham Environmental

Consulting study titled, "Stormwater Business Education Template:

FocusGroup Report."

See: http://www.ecy.wa.gov/programs/wq/stormwater/municipal/MUNIdocs/

FocusGroupReportKitsapBizTemplate.pdf.  Examples of these materials are

attached.

       15.3   A community workshop will be conducted to advance the

understanding of stormwater management and stormwater permitting

requirements.  The workshop will be directed by the water resources staff

from the Spokane Community College, as well as staff from city permitting,

regulatory agencies, and interested businesses.  ADM Milling will be invited

to participate in a role they see fit and appropriate.

4843-8397-2115.03
64984.00001

RELEASE OF CLAIMS

16.     NEDC releases and discharges ADM Milling and the officers,

directors, shareholders, employees, agents, affiliates and consultants of ADM

Milling from any and all claims, causes of action, or liability under the Clean

Water Act, 33 U.S.C. § 1251 et seq., or any other federal, state or common

law, for damages, penalties, fines, injunctive relief, or any other claim or

relief:

16.1   Relating to or resulting from discharges or releases of

pollutants from the Facility occurring prior to the Termination Date; and

16.2   For any matter, including past violations, alleged in the

Notice Letter, Complaint and Amended Complaint; and

16.3   For any alleged violations of the Permit, ADM Milling's

SWPPP, the Clean Water Act and its regulations, or related state law and

regulations, occurring prior to the Termination Date.

17.     The Parties agree that this Consent Decree is in full settlement of

all civil and administrative claims and liabilities which might have been

asserted by NEDC against ADM Milling for any violations which may have

occurred or are alleged to have occurred prior to the Effective Date, and up to

and through the Termination Date.

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 14

18.     ADM Milling releases and discharges NEDC, its representatives, assigns, agents, employees, officers, and attorneys from any and all claims, liability, demands, penalties, costs and causes of action of every nature which concern matters covered in Paragraph 16.

19.     If a dispute under this Consent Decree arises, or if either Party believes that a breach of this Consent Decree has occurred, the Parties shall meet and confer within fourteen (14) days of receiving written notification from the other Party of a request for a meeting.  This notification shall explicitly state the nature, the underlying facts and the legal grounds for the dispute or alleged breach.  At this meeting, the Parties shall discuss the dispute or alleged breach and seek to develop a mutually agreed upon plan, including implementation dates, to resolve the dispute or alleged breach.  If the Parties fail to meet and confer or if the meeting does not resolve the issue, and after at least seven (7) days have elapsed since the meet and confer occurred or should have occurred, each Party shall be entitled to all rights and remedies under the law, including bringing a motion before the Court.

20.     The Court shall retain jurisdiction over the Parties for the term of this Consent Decree with respect to: (i) disputes arising under this Consent

Decree for which any of the Parties invoke the dispute resolution provision

herein; (ii) enforcement of this Consent Decree; and (iii) modification or

termination of this Consent Decree in whole or in part.

GENERAL PROVISIONS

21.    Construction.  The language in all parts of this Consent Decree,

unless otherwise stated, shall be construed according to its plain and ordinary

meaning.

22.    Permit Terms.   In the event any of the rights or obligations of

the Parties as set forth in this Consent Decree are found to be in conflict with

the terms of the Permit, including terms of the Permit as it may be revised,

altered, amended or withdrawn in the future, the Permit terms shall control.

The Parties further agree that a withdrawal, termination or discontinuance of

the Permit by Ecology shall terminate ADM Milling's obligations hereunder.

23.    Severability.  In the event any of the provisions of this Consent

Decree are held by a court to be unenforceable, the validity of the enforceable

provisions shall not be adversely affected

24.    Entire and Final Agreement/Modification.  This Consent Decree

shall constitute the entire and final agreement among the Parties concerning

the subject matter of this action and shall supersede all previous

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 16

correspondence, communications, agreements and understandings, whether oral or written, between the Parties.  This Consent Decree may not be modified, in whole or in part, except in writing and signed by the Parties, with the approval of the Court.

25.  <u>Force Majeure</u>.  If ADM Milling is prevented from performing its duties under this Consent Decree by circumstances beyond its control, including, without limitation, fire, flood, labor dispute, or act of God ("Force Majeure"), or action or non-action by, or inability to obtain the necessary authorizations or approvals from, any government agency, then ADM Milling shall be excused from performance hereunder during the period of such disability.  Notwithstanding anything herein to the contrary, the term "Force Majeure" does not include, and ADM Milling shall not be excused from performance under this Consent Decree for, events relating to increased costs, including, without limitation, increased costs of fuel, labor, insurance, or other expenses of performing the obligations hereunder.

26.  <u>Choice of Law</u>.  This Consent Decree shall be governed by and construed in accordance with the laws of the State of Washington, except to the extent federal law applies to its subject matter or enforcement.

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 17

27.   <u>Counterparts/Signatures</u>.  This Consent Decree may be executed in any number of counterparts, all of which together shall constitute one original document.  Facsimile or scanned copies of original signatures shall be deemed to be originally executed signatures.

28.   <u>Authority</u>.  The Parties certify that their undersigned representatives are fully authorized to enter into this Consent Decree, to execute it on behalf of the Parties and to legally bind the Parties to its terms.

29.   <u>Court Approval</u>.  If for any reason the Court should decline to approve this Consent Decree in the form presented, the Parties shall use their best efforts to work together to modify this Consent Decree within thirty (30) days so that it is acceptable to the Court.

The Parties hereby enter into this Consent Decree.

DATED this ____ day of _____ 2013.   NORTHWEST ENVIRONMENTAL
DEFENSE CENTER


_____
Name:_____
Title:_____


DATED this ____ day of _____ 2013.   By: <u>*s/Marla S. Nelson*</u>
MARLA S. NELSON, WSBA #45611
Northwest Environmental Defense

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 18

1
2
3
4
5
6

Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97212
Tel: (503) 768-6726
msnelson@nedc.org
*Attorneys for Plaintiff*

7    DATED this _____ day of _____ 2013.    ADM MILLING CO.

8
9
10

Name:_____
Title:_____

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 19

4843-8397-2115.03
64984.00001

1

2

3   DATED this 8th day of July, 2013.        By: *s/ Harry Edward Grant*

4                                            Harry Edward Grant, WSBA #13494

                                             Margaret K. Cerrato-Blue, WSBA
5                                            #23812

6                                            RIDDELL WILLIAMS P.S.

                                             1001 Fourth Avenue, Suite 4500
7                                            Seattle, Washington 98154

8                                            Phone: (206) 624-3600

                                             Fax: (206) 389-1708
9                                            hgrant@riddellwilliams.com

10                                           mcerrattoblue@riddellwilliams.com

                                             *Attorneys for Defendant ADM*
11                                           *Milling Co.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 20

1

2          IT IS HEREBY ORDERED that this Consent Decree is approved and

3    entered accordingly, subject to the ongoing jurisdiction of the Court for the

4    purposes of enforcement of this Consent Decree.

5          APPROVED AND SO ORDERED:

6

7          DATED: July 24, 2013

8                                              *s/Lonny R. Suko*

9

10                                   _____

11                                   The Honorable Lonny R. Suko
                                     United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MODIFIED CONSENT DECREE - (No. CV-13-105-LRS) - 21